# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 21-00004-KD-MU |
| JEREMIAH KELLY | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 125) and without any objection having been filed by the parties, Defendant Jeremiah Kelly's plea of guilty to Count One of the Information is now accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing has been scheduled for **July 30, 2021, at 9:00 a.m.,** in Courtroom 4-B, United States Courthouse, 155 St. Joseph St., Mobile, Alabama.

**DONE and ORDERED** this the 17th day of May 2021.

s/ Kristi K. DuBose
KRISTI K. DUBOSE
CHIEF UNITED STATES DISTRICT JUDGE